AO91 (Rev. 11/11)  Criminal Complaint

# United States District Court

for the

Southern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | |
| **Raymond Anthony Bunch** | ) | Case Number: |
| **Houston, Texas** | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **February 23, 2018**  in the county of  **Webb**  in the
(Date)

**Southern**  District  of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1324 | A United States Citizen did unlawfully transport Mexican national Antonio Garcia-Baeza, Guatemalian nationals Walfredo Mejias-Hernandez and Saloman Urillano Bamaca-Diaz, with nineteen (19) other undocumnted aliens by means of motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved or atempted to transport or move said aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

[X]  Continued on the attached sheet.

_____
Complainant's Signature

Complainant Larry Sanders
sworn and attested before me
on February 26, 2018,
at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA                                                    **Page 2**
                    V.
    **Raymond Anthony Bunch**

**[CONT OF BASIS OF COMPLAINT]**

On February 23, 2018, Homeland Security Investigations (HSI) received a request for investigative assistance from the United States Border Patrol (USBP) regarding an alien smuggling case.  HSI Special Agents (SAs) and Task Force Officers (TFOs) responded to the Laredo North Border Patrol Checkpoint and conducted post arrest interviews.  HSI SAs subsequently arrested Raymond Anthony Bunch for violations of 8 USC 1324 (a)(1)(A)(ii) and (v)(I), and initiated an investigation.

On February 23, 2018, at approximately 6:30 a.m., United States Border Patrol Agents (BPA's) assigned to the Laredo North Border Patrol immigration checkpoint located near mile marker 29 of Interstate Highway 35 north of Laredo, Texas, encountered Raymond Anthony Bunch at the primary lane.  BPAs conducted an immigration inspection on Bunch, whom was determined to be a United States Citizen (USC).  BPAs requested and were granted consent by Bunch to scan his vehicle through the Vehicle and Cargo Inspection System (VACIS).  Through his inspection, the operator of the VACIS noticed some anomalies in the cargo area of the box truck and relayed the information to BPAs.  Bunch drove northbound on Interstate Highway 35 without being cleared from secondary inspection.

BPA Rolando Del Lo Santos located the vehicle at the 33 mile-marker of IH 35.  BPAs conducted a traffic stop on the vehicle.  A search of the cargo area of the box truck yielded 22 subjects.  An immigration inspection was conducted on all 22 subjects and it was determined that they were all in the United States illegally. All subjects were placed under arrest and transported to the Border patrol checkpoint.

HSI Laredo agents responded to the Laredo North immigration checkpoint to interview all subjects involved in the smuggling attempt.

Bunch was read his Miranda Rights in the English language.  Bunch acknowledged and invoked his rights.   The interview was immediately terminated.

HSI Laredo agents interviewed Mexican national Antonio GARCIA-Baeza and Guatemala Nationals, Saloman Urillano BAMACA-Diaz and Walfredo MEJIAS-Hernandez all of whom were held as material witnesses against Bunch.  All UDAs stated they made arrangements with different human smugglers to be transported to varying locations within the U.S. for smuggling fees ranging from five thousand ($5,000) U.S. dollars to eight thousand ($8,000) U.S. dollars each.

HSI Laredo took custody of Bunch and will be charging him with violations of Title 8 United States Code 1324, Alien Smuggling.  Bunch will be held at the Webb County Jail pending his initial appearance before a Magistrate Judge of the Southern District of Texas on February 26, 2018.

The remaining nineteen (19) UDAs will be processed according to Laredo Sector Border Patrol guidelines.

                                                                                    **[END]**

UNITED STATES OF AMERICA                                                      **Page 3**
                        V.
   **Raymond Anthony Bunch**

 **[CONT OF BASIS OF COMPLAINT]**


                                                                               **[END]**